# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Northrop Grumman Corporation | )     ASBCA No. 60390 |
| | ) |
| Under Contract Nos. 168051 | ) |
|         4500046449 | ) |
|         4500213428 | ) |
|         4500227058 | ) |
|         4500268380 | ) |
|         4500282529 | ) |
|         4500284156 | ) |
|         SNR198099 | ) |
|         SNT014031 | ) |
|         SNT206022 | ) |
|         SNU104032 | ) |

APPEARANCES FOR THE APPELLANT:      Kevin C. Dwyer, Esq.
                                                   James A. Tucker, Esq.
                                                   R. Locke Bell, Esq.
                                                     Jenner & Block LLP
                                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                                   DCMA Chief Trial Attorney
                                                   Srikanti Schaffner, Esq.
                                                     Trial Attorney
                                                   Defense Contract Management Agency
                                                   Carson, CA

## ORDER OF DISMISSAL

This appeal arises from an administrative contracting officer's (ACO's) final decision asserting a government monetary claim based on allegedly unallowable direct costs under 11 contracts. The parties jointly request dismissal of this appeal without prejudice because the ACO has since withdrawn the final decision due to a lack of authority to issue the decision because the contracts at issue were contracts over which

the ACO had no cognizance.  Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated:  1 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60390, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2